IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BOBBY DAVIS, BRENDA DAVIS,      )
and GEOFFERY DAVIS,             )
                                )
          Plaintiffs,           )         8:11CV69
                                )
     v.                         )
                                )
BAMFORD, INC. and NANCY MARET   )         ORDER
PACKER, Personal                )
Representative of the ESTATE    )
OF MICHAEL PACKER,              )
                                )
          Defendants.           )
_____)
```

This matter is before the Court on defendants' motion for extension to file Rule 26(f) Planning Conference Report (Filing No. 25).  The Court finds that the motion should be granted.  Accordingly,

IT IS ORDERED that defendants' motion is granted.  The parties shall have until April 28, 2011, to file their Rule 26(f) Planning Conference Report.

DATED this 25th day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court