IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BOBBY DAVIS, BRENDA DAVIS,      )
and GEOFFREY DAVIS,             )
                                )
            Plaintiffs,         )        8:11CV69
                                )
      v.                        )
                                )
BAMFORD, INC. and NANCY MARET   )        ORDER
PACKER, Personal                )
Representative of the ESTATE    )
OF MICHAEL PACKER,              )
                                )
            Defendants.         )
_____)
```

In view of the Court's decision (Filing No. 179), where the Court finds defendants liable as a matter of law,

IT IS ORDERED THAT the parties shall re-designate the depositions they intend to use at trial. Such designations shall be filed with the Court no later than Wednesday, June 20, 2012, at 5 p.m.

DATED this 19th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court