IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOBBY DAVIS, BRENDA DAVIS, and GEOFFREY DAVIS, | ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV69 |
| v. | ) ) ) | |
| BAMFORD, INC. and NANCY MARET PACKER, Personal Representative of the ESTATE OF MICHAEL PACKER, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

In view of the Court's decision (Filing No. 179), where the Court finds defendants liable as a matter of law,

IT IS ORDERED THAT the parties shall re-designate the depositions they intend to use at trial.  Such designations shall be filed with the Court no later than Wednesday, June 20, 2012, at 5 p.m.

DATED this 19th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court