IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOBBY DAVIS, BRENDA DAVIS, and GEOFFREY DAVIS, | ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV69 |
| v. | ) ) | |
| BAMFORD, INC., and NANCY MARET PACKER, Personal Representative of the ESTATE OF MICHAEL PACKER, | ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court upon defendants' motion to reconsider the Court's order on plaintiffs' motion for partial summary judgment (Filing No. 194). The Court finds that the motion should be denied. Accordingly,

IT IS ORDERED that defendants' motion to reconsider is denied.

DATED this 25th day of June, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court