IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BOBBY DAVIS and BRENDA DAVIS, ) ) | | |
| Plaintiffs, ) ) | | 8:11CV69 |
| v. ) ) | | |
| BAMFORD, INC., and ) NANCY MARET PACKER, Personal ) Representative of the ESTATE ) OF MICHAEL PACKER, ) ) | | ORDER |
| Defendants. ) _____) | | |

This matter is before the Court on defendants' objection to entry of judgment (Filing No. 225). The Court finds the parties should file briefs in support of and in opposition to said objection. Accordingly,

IT IS ORDERED:

1) Defendants shall have until July 13, 2012, to file a brief in support of their opposition to entry of judgment.

2) Plaintiffs shall have until July 20, 2012, to file a brief in opposition to defendants' objection.

DATED this 5th day of July, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court