IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

BOBBY DAVIS and BRENDA DAVIS, )
                                    )
           Plaintiffs,    )          8:11CV69
                                      )
        v.                    )
                                      )
BAMFORD, INC., and           )           ORDER
NANCY MARET PACKER, Personal  )
Representative of the ESTATE   )
OF MICHAEL PACKER,          )
                                      )
           Defendants.    )
_____)

        This matter is before the Court upon defendants'
withdrawal of objection to entry of judgment (Filing No. 227).
The Court finds that the withdrawal should be granted.
Accordingly,

        IT IS ORDERED that defendants' withdrawal of objection
to entry of judgment is granted; the objection to entry of
judgment (Filing No. 225) is deemed withdrawn.  The clerk of
court shall enter judgment in accordance with the verdict of the
jury.

        DATED this 16th day of July, 2012.

                          BY THE COURT:

                           /s/ Lyle E. Strom
                           _____
                           LYLE E. STROM, Senior Judge
                           United States District Court