IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BOBBY DAVIS and BRENDA DAVIS, )
                              )
            Plaintiffs,       )          8:11CV69
                              )
      v.                      )
                              )
BAMFORD, INC., and            )          ORDER
NANCY MARET PACKER, Personal  )
Representative of the ESTATE  )
OF MICHAEL PACKER,            )
                              )
            Defendants.       )
_____)
```

This matter is before the Court on defendants' motion for approval of amount of supersedeas bond (Filing No. 239) and motion for approval of supersedeas bond (Filing No. 241, with index of evidence, Filing No. 242).  Plaintiffs filed a response in opposition to defendants' motion for approval of amount of supersedeas bond (Filing No. 240), to which defendants replied (Filing No. 243).  In addition, before the Court is plaintiffs' motion for leave to file evidence in response to defendants' reply for approval of amount of supersedeas bond (Filing No. 245, with affidavit in support, Filing No. 246).  The Court held a telephonic hearing on the motions on August 3, 2012.  After review of the motions, briefs, evidence, and relevant law, the Court will grant in part and deny in part defendants' motions and will grant plaintiffs' motion.  Accordingly,

IT IS ORDERED:

1) Defendants' motions for approval of amount of supersedeas bond (Filing No. 239) and amount of supersedeas bond (Filing No. 241) are granted in part.  The supersedeas bond submitted by defendants in the amount of $10,800,000.00 will be filed today with the clerk of the court.

2) The stay of execution on the July 16, 2012, judgment will be extended through Wednesday, August 8, 2012.

3) If defendants file a supplemental supersedeas bond in the amount of $227,518.04 on or before Wednesday, August 8, 2012, then the stay of execution will be extended throughout the post-trial motion and appeal process.

4) Plaintiffs' motion for leave to file evidence (Filing No. 245) is granted.

DATED this 3rd day of August, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court