```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

BOBBY DAVIS, BRENDA DAVIS,     )
and GEOFFREY DAVIS,            )
                               )
              Plaintiffs,      )           8:11CV69
                               )
       v.                      )
                               )
BAMFORD, INC. and NANCY MARET  )           ORDER
PACKER, Personal               )
Representative of the ESTATE   )
OF MICHAEL PACKER,             )
                               )
              Defendants.      )
_____)
```

This matter is before the Court on the joint stipulation for dismissal with prejudice (Filing No. 280). The Court finds the stipulation should be approved and adopted. Accordingly,

       IT IS ORDERED:

       1) The stipulation of the parties is approved and adopted;

       2) The Clerk of the Court is directed to release the supersedeas bond (Filing No. 249) and the supplemental supersedeas bond (Filing No. 254) posted by defendants Bamford, Inc., and Nancy Maret Packer, Personal Representative of the Estate of Michael Packer, and deposited with the Clerk of the Court.

      3) Plaintiffs release and discharge defendants as principles and Arch Insurance Company as surety on the supersedeas bond and on the supplemental supersedeas bond.

      4) This action is dismissed with prejudice, each party to pay their own costs.

      DATED this 16th day of January, 2013.

                      BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court